**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RafAEL GARCIA, on behalf of himself and all other persons similarly situated, known and unknown,<br><br>    Plaintiff,<br><br> v.<br><br>WORLD SECURITY BUREAU, INC. d/b/a WORLD SECURITY AGENCY, IBRIHAM KISWANI, individually, and CENTURION INVESTIGATIONS AND SECURITY, INC.<br><br>    Defendants. | Case No. 1:16-cv-02130<br><br>Honorable Manish S. Shah |

**JUDGMENT ORDER**

This matter coming before the Court for a prove-up of Plaintiff's damages following entry of an Order of Default against Defendants World Security Bureau, Inc. d/b/a World Security Agency and Ibriham Kiswani, Notice having been given to Defendants, the Court having reviewed the Declarations of Named Plaintiff Rafael Garcia and Counsel, and hearing testimony in open Court,

IT IS HEREBY ORDERED that Plaintiff is awarded judgment as follows:

1. Plaintiff Rafael Garcia is awarded Judgment against Defendants World Security Bureau, Inc. and Ibriham Kiswani in the amount of $9,765.58;

2. Plaintiff's Counsel, Werman Salas P.C., is awarded attorneys' fees and costs in the total amount $49,403.99.

3. The following hourly rates are reasonable and supported by the evidentiary showing made by Plaintiff's Counsel:

| Timekeeper | Rate |
|---|---|
| Maureen A. Salas | $525 |
| Sarah J. Arendt | $400 |

| | |
|---|---|
| Jacqueline Villanueva | $150 |
| Adriana Rodriguez | $150 |
| Cristina Calderon | $150 |
| Maria Reyes | $150 |
| Othon Nunez | $150 |

4. Defendants World Security Bureau, Inc. and Ibriham Kiswani are jointly and severally liable.

5. Plaintiff is given leave to commence collection efforts immediately.

ENTERED: October 11, 2017

_____
Hon. Judge Manish S. Shah
United States District Court